# MEMORANDUM DECISIONS.

---

**1**

C. LEVENSALER, A. J. Ames, W. D. Sheldon, Partners Doing Business as W. D. Sheldon & Co., Appellants, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellee.* (Court of Appeals of District of Columbia. Submitted October 13, 1924, Decided November 3, 1924.) No.

Certiorari denied 45 S. Ct. 195, 69 L. Ed. ––.

4080. Spencer Gordon, of Washington, D. C., for appellants. Peyton Gordon, of Washington, D. C., for appellee.

PER CURIAM. This case was here on a former appeal (United States Shipping Board Emergency Fleet Corporation v. Levensaler et al., 290 F 297, 53 App. D. C. 322), in which the judgment of the court below was reversed and the cause remanded for a new trial. Certain amendments to the declaration, suggested in the opinion of this court, were made in the court below, and judgment entered upon the mandate of this court. From that judgment this appeal was taken. Nothing is here presented which calls for a review or modification of our former opinion. The judgment, therefore, is affirmed with costs. Motion for stay of mandate, pending application for certiorari to the Supreme Court of the United States, granted November 10, 1924.

---

**2**

AMERICAN BOOK COMPANY, Appellant, v. S. M. N. MARRS, State Superintendent of Public Instruction, et al., Appellees. (Circuit Court of Appeals, Fifth Circuit. October 29, 1924.) No. 4203. E. F. Smith, of Houston, Tex., for appellant. Francis Marion Etheridge, of Dallas, Tex., for appellees.

PER CURIAM. The above cause having been reached for argument during the 1923 term of this court, and it being agreed by counsel for appellant and appellees that the same questions presented herein were then pending before the Supreme Court of Texas, that the questions involved herein related to the proper construction of the Constitution and laws of Texas, that the decision of the Supreme Court of Texas thereon would be binding upon this court, and that therefore a decision by this court be postponed to await the decision by the Supreme Court of Texas, and it now appearing that the Supreme Court of Texas in the case of Charles Scribner's Sons v. S. M. N. Marrs, State Superintendent, 262 S. W. 722, has determined the controversy pending here in favor of the appellant, it is therefore ordered that the decree of the lower court herein be, and the same hereby is, reversed, and the cause remanded, with directions to grant the injunction prayed for in the bill of complaint, and for such further proceedings as may be proper.

---

**3**

George HAUGHRAN, alias George Miller, and Dallas M. Francis, Plaintiffs in Error, v. UNITED STATES of America, Defendant in Error. (Circuit Court of Appeals, Sixth Circuit. November 17, 1924.) No. 4134. In Error to the District Court of the United States for the Eastern Division of the Southern District of Ohio; John E. Sater, Judge. C. C. Middleswart, of Marietta, Ohio (Edw. B. Follett, of Marietta, Ohio, on the brief), for plaintiffs in error. Benson W. Hough, Dana F. Reynolds, and W. B. Bartels, all of Columbus, Ohio, for defendant in error. Before DONAHUE, MACK, and KNAPPEN, Circuit Judges.

PER CURIAM. It appears from the record and briefs in this case and the statement of counsel in open court that the sole contention of plaintiffs in error is that the verdict of the jury is manifestly against the weight of the evidence. This court has no authority to consider and determine the weight of the evidence. R. S. § 1011 (Comp. Stat. § 1672); Roth v. U. S. (C. C. A.) 294 F. 475; Bullock v. U. S. (C. C. A.) 289 F. 29, 32. Judgment affirmed.